| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Furgeson, William R. | 2. Court or Organization<br><br>USDC/Texas Western/Texas Northern | 3. Date of Report<br><br>06/08/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>active-Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1100 Commerce Street<br>Dallas, TX 75201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President-Elect | Federal Judges Association |
| 2. Member, Council | Litigation Section of the State Bar of Texas |
| 3. Member, Committee | Law Focused Education, State Bar of Texas |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 17 A 11: 06 FINANCIAL DISCLOSURE OFFICE

Furgeson, William R

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 06/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | DII Asbestos Trust - Salary |
| 2. | 2008 | Law Offices of Stephen Malouf - Partnership Distribution |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | 01/17/08 - 01/18/08 | Lost Pines, Texas | Seminar | Lodging, transportation, meals |
| 2. | American College of Trial Lawyers | 01/23/08 - 01/28/08 | Dallas, Texas | Seminar | Lodging, transportaion, meals |
| 3. | Southern Methodist University Dedman School of Law | 02/22/08 | Dallas, Texas | Seminar | Lodging, transportation, meals |
| 4. | University of Texas Law School | 04/10/08 - 04/11/08 | Austin, Texas | Law Clerk Meeting | Lodging, transportation, meals |
| 5. | Corpus Christi Bar Association | 04/18/08 - 04/19/08 | Corpus Christi, Texas | Speech | Transportation, meals |
| 6. | State Bar of Texas | 05/01/08 - 05/02/08 | Dallas, Texas | Speech | Lodging, transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 06/08/2009 |

| | | | | |
|---|---|---|---|---|
| 7. Dallas Bar Association | 05/19/08 - 05/20/08 | Dallas, Texas | Speech | Lodging, transportation, meals |
| 8. State Bar of Texas | 05/23/08 - | Dallas, Texas | Speech | Lodging, transportation, meals |
| 9. Litigation Section, State Bar of Texas | 06/25/08 - 06/30/08 | Houston, Texas | State Bar Meeting | Lodging, transportation, meals |
| 10State Bar of Texas | 07/17/08 | Dallas, Texas | Speech | Lodging, transportation, meals |
| 11Texas Bar CLE, State Bar of Texas | 08/07/08 | San Antonio, Texas | Speech | Transportation, meals |
| 12State Bar ot Texas | 08/27/08 - 08/28/08 | Houston, Texas | Speech | Lodging, transportation, meals |
| 13Litigation Section, State Bar of Texas | 09/11/08 - 09/12/08 | Fort Worth, Texas | Meeting | Lodging, transportation, meals |
| 14State Bar of Texas, Judicial Section | 09/15/08 | Dallas, Texas | Speech | Lodging, transportation, meals |
| 15State Bar of Texas | 10/17/08 | Lubbock, Texas | Speech | Lodging, transportation, meals |
| 16American Conference Institute | 10/29/08 - 10/30/08 | Chicago, Illinois | Panel | Lodging, transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 06/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Credit Card | J |
| 2. | William D. Ford Federal Direct Loan Program - US Dept of Education | Student loans | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acct-Judge | A | Interest | J | T | | | | | |
| 2. USAA Brokerage Svc Acct #2 - ▮ | | | | | | | | | |
| 3. - Tax Exempt Money Mkt Fund | A | Interest | J | T | | | | | |
| 4. USAA Bank Acct - Judge, ▮ ▮ | | None | J | T | | | | | |
| 5. Trust Account #1 -▮ | | | | | | | | | |
| 6. -USAA GNMA Trust | A | Dividend | J | T | | | | | |
| 7. -USAA Growth & Income Fund | A | Dividend | K | T | | | | | |
| 8. -USAA Income Fund | A | Dividend | J | T | | | | | |
| 9. -USAA Intermed-Term Bond Fund | B | Dividend | K | T | | | | | |
| 10. -USAA Money Market Fund | A | Interest | J | T | | | | | |
| 11. -USAA S&P 500 Index Fund Mem Sh | A | Dividend | K | T. | | | | | |
| 12. -USAA Short-Term Bond Fund | A | Dividend | L | T | | | | | |
| 13. -USAA High Yield Opportunities Fund | A | Dividend | J | T | | | | | |
| 14. Trust Account #2 -▮ | | | | | | | | | |
| 15. -USAA GNMA Trust | A | Dividend | K | T | | | | | |
| 16. -USAA Growth & Income Fund | A | Dividend | K | T | | | | | |
| 17. -USAA Income Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -USAA Intermed-Term Bond Fund | A | Dividend | L | T | | | | | |
| 19.   -USAA Money Market Fund | A | Interest | J | T | | | | | |
| 20.   -USAA S&P Index Fund Mem Sh | A | Dividend | K | T | | | | | |
| 21.   -USAA Short-Term Bond Fund | A | Dividend | M | T | | | | | |
| 22.   Trust Account #3 - ▋ | | | | | | | | | |
| 23.   -American Mutual Fund Inc | A | Dividend | J | T | | | | | |
| 24.   -Income Fund of America | A | Dividend | K | T | | | | | |
| 25.   -Washington Mutual Inv Fund Inc | A | Dividend | J | T | | | | | |
| 26.   Enterprise Prod Ptrs | A | Dividend | J | T | | | | | |
| 27.   Exxon Mobil | A | Dividend | J | T | | | | | |
| 28.   Trust #4 - ▋ | | | | | | | | | |
| 29.   -American Mutual Fund Inc | A | Dividend | J | T | | | | | |
| 30.   -Income Fund of America Inc | A | Dividend | K | T | | | | | |
| 31.   -Washington Mutual Inv Fund Inc | A | Dividend | J | T | | | | | |
| 32.   Enterprise Prod Ptrs | A | Dividend | J | T | | | | | |
| 33.   Exxon Mobil | A | Dividend | J | T | | | | | |
| 34.   USAA CD - ▋ | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USAA Performance First Index Savings - ▄▄▄ | B | Interest | L | T | | | | | |
| 36. USAA Performance First Index Savings - ▄▄▄ | B | Interest | L | T | | | | | |
| 37. USAA Performance First Index Savings - ▄▄▄ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 06/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Under Section VII, items listed on lines 2-37 are separate property that reporting person is handling but has no financial interest.

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 06/08/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544